MAGDALINE ROSINSKY, Appellant, v. JOHN WENTKA, Respondent.— Judgment and order affirmed, with costs. All concurred.

VALERIA KOWALSKI, an Infant, by JOSEPH KOWALSKI, Her Guardian ad Litem, Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY and Another, Appellants.— Judgment and order reversed, with costs, and complaint dismissed, with costs. Held, that the plaintiff failed to establish actionable negligence. All concurred.

BERTHA TARAN, Respondent, v. RETZITZER REALTY COMPANY, Appellant.— Judgment affirmed, with costs. All concurred.

ROSE TARAN, Respondent, v. RETZITZER REALTY COMPANY, Appellant.— Judgment affirmed, with costs. All concurred.

RAE TARAN, Respondent, v. RETZITZER REALTY COMPANY, Appellant.— Judgment affirmed, with costs. All concurred.

E. A. STROUT FARM AGENCY, Respondent, v. JOHN P. OLSEN, Appellant. — Judgment affirmed, with costs. All concurred.

MARY E. DEMUN, Respondent, v. WILLIAM HIRSH, Appellant.— Judgment and order affirmed, with costs. All concurred.

EARL C. GILLETTE, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order dismissing appeal vacated and order entered dismissing the appeal unless appellant is ready to argue appeal at the opening of next term of court.

JULIA B. HALL, Appellant, v. ARTHUR B. DAVIS and Another, as Executors, etc., Respondents.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Judicial Settlement of the Accounts of BENJAMIN F. PETHERAM, as Substituted Trustee, etc., of FANNY JEWETT, Deceased, Respondent. MINNIE B. JEWETT and Others, Appellants; EDWARD T. JEWETT, Respondent.— Decree affirmed, with costs. All concurred.

DANIEL W. LYNCH and Another, Respondents, v. ORIENT INSURANCE COMPANY, Appellant, Impleaded with ROSE W. P. NESTER.— Judgment and orders affirmed, with costs. All concurred, except Foote, J., not voting.

In the Matter of the Application of JAMES O. SEBRING and WARREN J. CHENEY, Appellants, for an Order Determining and Enforcing Their Lien upon Certain Funds in the Hands of WILLIAM G. MASTERMAN, as County Treasurer of Steuben County, etc. GRACE L. QUINN and Others, Respondents.— Order affirmed, with costs. All concurred, except Merrell, J., who dissented.